IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02773-WYD-BNB

ADAM M. STOKES,

    Plaintiff,

v.

TERRACON CONSULTANTS, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed April 23, 2012.  The Joint Stipulation seeks a dismissal of the case pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Having carefully reviewed the Stipulation and being fully advised in the premises, it is

ORDERED that the Joint Stipulation of Dismissal with Prejudice (ECF No. 25) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorneys' fees and costs.

Dated:  April 24, 2012

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Chief United States District Judge